## LINCOLN SWEENEY v. STATE.

No. A-8094. Opinion Filed June 19, 1931.
(300 Pac. 428.)

Lincoln Sweeney, in pro. per.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Pittsburg county of having unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $100 and to serve 60 days in the county jail.

The appeal is by transcript, and no brief in support of the appeal has been filed. No question has been raised upon the record proper.

The case is affirmed.